**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8992

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  Jesus GARCIA-Gonzalez,  Defendant. | Magistrate Case No.:  COMPLAINT FOR VIOLATION OF  21 U.S.C. § 952 and 960  Importation of a Controlled Substance  (Felony) |

The undersigned complainant being duly sworn states:

That on or about December 17, 2007, within the Southern District of California, defendant Jesus GARCIA-Gonzalez, did knowingly and intentionally import approximately 18.80 kilograms (41.36 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Hugo A. Leon
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, December 18, 2007.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus GARCIA Gonzalez

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On December 17, 2007, at approximately 0446 hours, Customs and Border Protection (CBP) Officer L. Rodriguez was assigned to Vehicle Primary Lane five (5) of the Calexico, California West Port of Entry when a 2000 white Dodge Intrepid bearing California license plates 6BBR499 approached for entry into the United States. Jesus GARCIA Gonzalez was the driver, registered owner, and sole occupant of the 2000 Dodge Intrepid.

CBP Officer L. Rodriguez encountered the driver of the Intrepid, GARCIA. CBP Officer Rodriguez received a negative Customs declaration from GARCIA. CBP Officer Rodriguez noticed that GARCIA was very nervous because GARCIA was fidgeting in his seat and his hands were shaky. CBP Officer Rodriguez referred the Intrepid and GARCIA to the Vehicle Secondary Lot for further inspection.

In the Vehicle Secondary Lot, CBP Canine Enforcement Officer C. Jones utilized his Narcotic-Human Detector Dog (NHDD). NHDD alerted to the trunk area of the Intrepid. CBP Officer A. Ramirez inspected the trunk area of the Intrepid and discovered cellophane wrapped packages concealed inside a specially built compartment in the spare tire wheel well area of the Intrepid. CBP Officer A. Ramirez probed one of the packages producing a green, leafy, organic substance that field-tested positive for marijuana. A total of twenty (20) packages were removed from the Intrepid. The total weight of the packages was approximately 18.80 kilograms (41.36 pounds) of marijuana.

After being advised of his rights, GARCIA waived his rights, agreeing to make a statement without an attorney present. GARCIA admitted to knowledge of the marijuana concealed in the Intrepid. GARCIA was to be paid $2,000.00 if successful in entering the United States and then delivering the Intrepid to an unknown location in Los Angeles, California.